## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 13** |
| **JAMES BENJAMIN COPENHAVER** | ) | **CASE NUMBER A10-82601-WLH** |
| | ) | **WENDY L. HAGENAU** |
| **DEBTOR(S)** | ) | |

### TRUSTEE'S SUPPLEMENTAL REPORT
### REQUESTING DISMISSAL

COMES NOW Nancy J. Whaley, Standing Chapter 13 Trustee, in the above styled matter, and respectfully shows the Court as follows:

The debtor(s) filed this case August 02, 2010.

The debtor(s) confirmation hearing was held on February 02, 2011.

The debtor(s) case was confirmed on April 19, 2011.

The Trustee filed a Motion To Dismiss and a hearing was held on January 11, 2012.

**The Trustee has reviewed the case as instructed and the debtor has failed to comply with the directions and orders of the Court.**

The debtor was ordered to remit timely payments to the Trustee on a strict compliance basis. The debtor has failed to do so. Attached as "Exhibit A" is the payment history of the debtor since filing.

**PLEASE ENTER AN ORDER OF DISMISSAL.**

Dated: April 02, 2013


/s/_____
    Nancy J. Whaley, Standing Chapter 13 Trustee
    State Bar No. 377941
    303 Peachtree Center Avenue, NE
    Suite 120
    Atlanta, GA 30303
    678-992-1201

Case No:  A10-82601-WLH                                    March 27, 2013
JAMES BENJAMIN COPENHAVER


## RECEIPT  HISTORY

| DATE | TYPE | SOURCE | AMOUNT |
|------|------|--------|--------|
| January 04, 2013 | EPAYPR | 5810580000 | $2,739.00 |
| December 07, 2012 | EPAYPR | 5567230000 | $2,770.00 |
| November 26, 2012 | EPAYPR | 5439370000 | $2,770.00 |
| October 22, 2012 | EPAYPR | 5153510000 | $2,780.00 |
| September 18, 2012 | PCH | 1136 | $2,773.00 |
| August 20, 2012 | PCH | 1131 | $2,773.00 |
| July 17, 2012 | PCH | 1073 | $2,773.00 |
| June 15, 2012 | PCH | 1072 | $2,773.00 |
| May 14, 2012 | PCH | 1102 | $2,773.00 |
| April 13, 2012 | PCH | 1067 | $2,773.00 |
| March 07, 2012 | PCH | 1066 | $2,773.00 |
| February 10, 2012 | PCH | 1064 | $2,773.00 |
| January 19, 2012 | PCH | 1062 | $2,769.00 |
| October 25, 2011 | PCH | 1056 | $2,500.00 |
| September 16, 2011 | M.O. | 19044606510 | $500.00 |
| September 16, 2011 | M.O. | 19044606508 | $1,000.00 |
| September 16, 2011 | M.O. | 19044606521 | $1,000.00 |
| July 22, 2011 | M.O. | 19044600884 | $1,000.00 |
| July 22, 2011 | M.O. | 19044600873 | $1,000.00 |
| July 20, 2011 | M.O. | 16974513775 | $150.00 |
| July 20, 2011 | M.O. | 16974513764 | $1,000.00 |
| July 20, 2011 | M.O. | 16974513753 | $1,000.00 |
| June 03, 2011 | M.O. | 17261516755 | $150.00 |
| June 03, 2011 | M.O. | 17261516733 | $1,000.00 |
| June 03, 2011 | M.O. | 17261516744 | $1,000.00 |
| April 21, 2011 | M.O. | 17261518487 | $1,000.00 |
| April 21, 2011 | M.O. | 17261518498 | $1,000.00 |
| April 21, 2011 | M.O. | 17261518500 | $150.00 |
| March 22, 2011 | M.O. | 17261521018 | $1,000.00 |
| March 22, 2011 | M.O. | 17261521020 | $1,000.00 |
| March 22, 2011 | M.O. | 17261521031 | $150.00 |
| February 08, 2011 | M.O. | 17261514652 | $1,000.00 |
| February 08, 2011 | M.O. | 17261514674 | $150.00 |
| February 08, 2011 | M.O. | 17261514663 | $1,000.00 |

Case No:  A10-82601-WLH                              March 27, 2013
JAMES BENJAMIN COPENHAVER

## RECEIPT  HISTORY

| DATE | TYPE | SOURCE | AMOUNT |
|------|------|--------|--------|
| January 17, 2011 | M.O. | 17261515023 | $1,000.00 |
| January 17, 2011 | M.O. | 17261515034 | $1,000.00 |
| January 17, 2011 | M.O. | 17261515045 | $150.00 |
| December 14, 2010 | M.O. | 17261514112 | $50.00 |
| December 14, 2010 | M.O. | 17261514090 | $1,000.00 |
| December 14, 2010 | M.O. | 17261514101 | $1,000.00 |
| December 14, 2010 | M.O. | 17261514123 | $100.00 |
| November 10, 2010 | M.O. | 18156745045 | $150.00 |
| November 10, 2010 | M.O. | 18156745034 | $1,000.00 |
| November 10, 2010 | M.O. | 18156745023 | $1,000.00 |
| October 13, 2010 | M.O. | 17261509623 | $150.00 |
| October 13, 2010 | M.O. | 17261509601 | $1,000.00 |
| October 13, 2010 | M.O. | 17261509612 | $1,000.00 |
| September 07, 2010 | M.O. | 18066111794 | $150.00 |
| September 07, 2010 | M.O. | 18066111772 | $1,000.00 |
| September 07, 2010 | M.O. | 18066111783 | $1,000.00 |

$64,512.00

**CERTIFICATE OF SERVICE**

Case No:  A10-82601-WLH
This is to certify that I have this day served:


JAMES BENJAMIN COPENHAVER
5910 DUE WEST ROAD NW
KENNESAW, GA  30152

DAVID J. CASEY, ESQ,   ATTORNEY
P.O. BOX 813102
SMYRNA, GA  30081


In the foregoing matter with a copy of the Trustee's Supplemental Report Requesting Dismissal by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.


Dated:  April 02, 2013


/s/_____
   Nancy J. Whaley, Standing Chapter 13 Trustee
   State Bar No. 377941
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201